# EXHIBIT A



# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Krista Yerby<br>Midland Credit Management, Inc.<br>2365 Northside Drive<br>Ste 300<br>San Diego, CA 92108 |

| | |
|---|---|
| **Entity:** | Midland Funding LLC<br>Entity ID Number  2618148 |
| **Entity Served:** | Midland Funding LLC |
| **Title of Action:** | Joann Albrecht, on behalf of herself and All Others Similiarly Situated vs. Midland Funding LLC |
| **Document(s) Type:** | Summons and Notice |
| **Nature of Action:** | Foreclosure |
| **Court/Agency:** | Suffolk County Supreme Court, New York |
| **Case/Reference No:** | 609857/2018 |
| **Jurisdiction Served:** | New York |
| **Date Served on CSC:** | 09/26/2018 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | State of NY on 09/14/2018 |
| **How Served:** | Certified Mail |
| Sender Information: | Mitchell L. Pashkin<br>631-629-7709 |
| **Client Requested Information:** | Premises Address: not shown |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

State of New York - Department of State
Division of Corporations

Party Served:                          Plaintiff/Petitioner:
MIDLAND FUNDING   LLC                      ALBRECHT, JOANN


C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY,  NY 12207


Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of
State on 09/14/2018 pursuant to SECTION 303 OF THE LIMITED LIABILITY COMPANY
LAW.  This copy is being transmitted pursuant to such statute to the address
provided for such purpose.


                                       Very truly yours,
                                       Division of Corporations

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

JOANN ALBRECHT,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILIARLY SITUATED,

INDEX NO. 609857/2018
FILING DATE: 05/22/18

                    Plaintiff,

    -against-

**SUMMONS
WITH NOTICE**

MIDLAND FUNDING LLC, AND
MIDLAND CREDIT MANAGEMENT, INC.,

Plaintiff designates
Suffolk County
as the place of trial

                 Defendants.

The basis of the venue is
Plaintiff's residence

---

To the above named Defendant(s):

      You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 22nd day of May 2017, together with the costs of this action and attorney's fees.

      TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 22nd day of May 2017, together with the costs of this action and attorney's fees.

Dated:      May 22, 2018

/s/ _____

Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 629-7709

Index No.   609857/2018

---

JOANN ALBRECHT,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILIARLY SITUATED,

               Plaintiff(s) ,

     -vs-

MIDLAND FUNDING LLC,   AND,
MIDLAND CREDIT MANAGEMENT, INC.,

               Defendant(s) .

---

### SUMMONS WITH NOTICE

---

Mitchell L. Pashkin certifies that, to the
best of his knowledge, information   and
belief,   formed   after   an   inquiry
reasonable under   the circumstances, the
presentation  of  the annexed paper(s) or
the contentions therein are not frivolous as
defined in  22  NYCRR  130-1.1.(c).


/s/
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY  11743
(631) 629-7709

201809200

DOS-1168 (Rev. 6/06)

**DEPARTMENT OF STATE**
DIVISION OF LICENSING SERVICES
P.O. BOX 22001
ALBANY, NY 12201-2001



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

*USPS CERTIFIED MAIL*

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 12231 $ 003.92
02 1W
0001391831 SEP. 24. 2018

**USPS CERTIFIED MAIL**

9214 8969 0059 7938 6426 54

201809200060
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY NY, 12207

12207•2541 C503